

**United States District Court**
Central District of California
**Office of the Clerk**

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

August 24, 2021

Clerk, United States District Court

__NORHTERN__ District of __CALIFORNIA__

Phillip Burton U.S. Courthouse
450 Golden Gate Ave. 16th Floor
San Francisco, CA 94102-3434

Re:   Transfer of Jurisdiction of Probation
   Your Case No. __3:14-cr-00648-1-VC__
   Assigned Our Case No. __8:21-cr-00142-CJC__
   Case Title: __USA v. Daniel Rosenthal__

Dear Sir/Madam:

Enclosed please find:

☒ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as accepted by Judge __Philip S. Gutierrez__.

Please forward to this district copies of the following documents:
1) Indictment, Information, or Complaint
2) Judgment and Probationary Order
3) If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/or document reflecting such consent, or waiver form.

The probationer has been assigned our case number as referenced above. Please include this case number in all future correspondence.

☐ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer, which has been denied by Judge _____ .

Sincerely,

Clerk, U.S. District Court

By __D. Velazquez__
Deputy Clerk

cc:   Probation Office, Central District of California
   Probation Office, District of Origin