**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF | 8:21-cr-00142-CJC |
| v. | |
| Daniel Rosenthal | **NOTICE OF JURISDICTION/ TREATY TRANSFER-IN** |
| DEFENDANT(S). | |

To: All Parties/Counsel of Record

The Court has approved the

☑ supervised release

☐ probation

☐ treaty

transfer-in for the case referred to above.

The matter has been assigned to United States ☑ District Judge  Cormac J. Carney

☐ Magistrate Judge _____ for all further proceedings.

Please include the criminal case number as reflected above on all documents subsequently filed in this case.

Clerk, U.S. District Court

8/23/21                                    By: D. Velazquez
Date                                       Deputy Clerk

cc: U.S. Attorney's Office
    U.S. Probation Office

CR-56 (01/17)                NOTICE OF JURISDICTION / TREATY TRANSFER-IN