CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
KELLEY MUNOZ (Bar No. 211583)
(E Mail: kelley_munoz@fd.org)
Deputy Federal Public Defender
411 West Fourth Street, Suite 7110
Santa Ana, California 92701-4598
Telephone: (714) 338-4500
Facsimile: (714) 338-4520

Attorneys for Defendant
DANIEL ROSENTHAL

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. SA CR 21-00142-CJC |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| DANIEL ROSENTHAL, | |
| Defendant. | |

Deputy Federal Public Defender Kelley Munoz, enters her Notice of Appearance on behalf of Defendant Daniel Rosenthal in the above-referenced matter.

Please make all necessary changes to the court's Case Management/Electronic Case Filing System to accurately reflect this assignment and to ensure that defense counsel receives all notifications relating to filings in this case.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: February 28, 2022     By  */s/ Kelley Munoz*
KELLEY MUNOZ
Deputy Federal Public Defender

1