PROB 12
(Rev. 11/04)

## United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
03/08/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___dca___ DEPUTY

U.S.A. VS. Daniel Aaron Rosenthal                                  Docket No.: 8:21-CR-00142-CJC-1

**Petition on Probation and Supervised Release (Modification)**

COMES NOW NATASHA MINGO, CHIEF PROBATION & PRETRIAL SERVICES OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Daniel Aaron Rosenthal who was placed on supervision by the Honorable VINCE CHHABRIA sitting in the Court at San Francisco, California, on the 30th day of June, 2016 who fixed the period of supervision at 4 years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s). **Jurisdiction was transferred to the Central District of California on August 23, 2021.**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On April 26, 2021, Daniel Aaron Rosenthal committed petty theft and was in possession of burglary tools. It is hoped that the recommendation of location monitoring will impress upon the supervisee, the importance of complying with the law and orders of the Court.

The supervisee and defense counsel consent to modification and waive a personal appearance before the Court.

**PRAYING THAT THE COURT WILL ORDER** Daniel Aaron Rosenthal, as a special condition of supervision, shall participate for a period of 90 days in a home detention program which may include electronic monitoring, GPS, Alcohol Monitoring Unit or automated identification system and shall observe all rules of such program, as directed by the Probation Officer.

Daniel Aaron Rosenthal, as a special condition of supervision, shall pay the costs of Location Monitoring to the contract vendor, not to exceed the sum of $12.00 for each day of participation. The offender shall provide payment and proof of payment as directed by the Probation Officer.

ORDER OF COURT

Considered and ordered this  8th  day of  MAR , 2022 and ordered filed and made a part of the records in the above case.

_____
United States District Judge
HONORABLE CORMAC J. CARNEY

Respectfully,

/S/ NICHOLAS CUELLAR
U. S. Probation & Pretrial Services Officer

Place:      Santa Ana, California

Approved: /S/ CORDALE JOHNSON
Supervising U.S. Probation & Pretrial Services Officer

Date:       March 7, 2022